## A90A1804. WORLEY v. WHIDDON.

(407 SE2d 495)

ANDREWS, Judge.

On certiorari our decision in *Worley v. Whiddon,* 197 Ga. App. 358 (398 SE2d 401) (1990), was reversed in *Worley v. Whiddon,* 261 Ga. 218 (403 SE2d 799) (1991). Accordingly, our decision is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed and case remanded. Pope and Beasley, JJ., concur.*

DECIDED JULY 12, 1991.

*Davis, Gregory & Christy, Hardy Gregory, Jr., Gary C. Christy,* for appellant.

*Gary C. McCorvey,* for appellee.